UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL BOW HUNTERS WEST MICHIGAN CHAPTER, INC., and SPORTSMEN'S ALLIANCE FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, Secretary U.S. Department of Education, and U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Case No. 23-_____ <br><br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

In accordance with Fed. R. Civ. P. 7.1, Plaintiffs Safari Club International, Safari Club International Bow Hunters West Michigan Chapter, Inc., and Sportsmen's Alliance Foundation submit the following Corporate Disclosure Statement.

Safari Club International ("SCI") is a nonprofit membership association incorporated in the state of Arizona under Section 501(c)(4) of the Internal Revenue Code. SCI is not publicly traded and has no parent corporation. There is no publicly held corporation that owns 10 percent or more of its stock.

Safari Club International Bow Hunters West Michigan Chapter, Inc. ("West Michigan Bowhunters") is a nonprofit membership association incorporated in the state of Michigan under Section 501(c)(4) of the Internal Revenue Code. West Michigan Bowhunters is not publicly traded and has no parent corporation. There is no publicly held corporation that owns 10 percent or more of its stock.

Sportsmen's Alliance Foundation ("SAF") is a nonprofit organization incorporated in the

state of Ohio under Section 501(c)(3) of the Internal Revenue Code. SAF is not publicly traded and has no parent corporation. There is no publicly held corporation that owns 10 percent or more of its stock.

Dated: September 14, 2023

<div style="margin-left: 3em;">

Respectfully submitted,

GIELOW GROOM TERPSTRA &
MCEVOY, PLC

By: s/ Daniel R. Olson (P64603)

Daniel Olson
281 Seminole Road—2nd Fl
Norton Shores, MI 49444
(231) 747-7160
daniel@ggtmlaw.com

*Attorney for Plaintiffs Safari Club International, West Michigan Bowhunters Chapter of Safari Club International, and Sportsmen's Alliance Foundation*

By: s/ Regina Lennox (DC Bar 1671299)

Regina Lennox
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733
rlennox@safariclub.org

*Attorney for Plaintiff Safari Club International*

</div>