# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL<br>501 2nd Street NE<br>Washington, DC 20002,<br><br>SAFARI CLUB INTERNATIONAL BOW HUNTERS<br>WEST MICHIGAN CHAPTER, INC.<br>2485 Wilshere Drive<br>Jenison, Michigan 49428, and<br><br>SPORTSMEN'S ALLIANCE FOUNDATION<br>801 Kingsmill Parkway<br>Columbus, Ohio 43229,<br><br>    Plaintiffs,<br>        v.<br><br>MIGUEL CARDONA, Secretary<br>U.S. Department of Education and<br><br>U.S. DEPARTMENT OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, DC 20202,<br><br>    Defendants. | Civil Case No. 1:23-cv-00977-JMB-RSK |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Safari Club International, West Michigan Bowhunters Chapter of Safari Club International, and Sportsmen's Alliance Foundation, hereby give notice that this action is voluntarily dismissed. Defendants Miguel Cardona and U.S. Department of Education have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 20, 2023

By:/s/ Daniel R. Olson
Daniel R. Olson (P64603)
Gielow Groom Terpstra & McEvoy, PLC
281 Seminole – 2nd Floor
Norton Shores, MI  49444
(231) 747-7160
*Attorney for Plaintiff*s